# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TAFOLLA,<br><br>        Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY,<br><br>        Respondent. | Case No. CV 15-02467 MWF (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 26, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE